**Henry T. SANDERS, Plaintiff—Appellant,**

v.

**State of MARYLAND; Prince George's Community College, Defendants—Appellees.**

No. 04–1323.

United States Court of Appeals, Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 20, 2004.

Henry T. Sanders, Appellant pro se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry T. Sanders appeals the district court's order summarily dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sanders v. Maryland*, No. CA–04–175–PJM (D.Md. Feb. 24, 2004). We deny all of Sanders' pending motions, including his motions for oral argument, vacation, dismissal, a stay, and a response. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*